MINUTE ENTRY
JUDGE PORTEOUS
SECTION T

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ABLE SECURITY AND PATROL LLC.                    CIVIL ACTION

VERSUS                                           NO. 07-1931

LOUISINA STATE BOARD OF PRIVATE                  SECTION T
SECURITY EXAMINERS

O R D E R

　　　　More that 120 days have elapsed since the filing of the complaint in this action and counsel for plaintiff having failed to show good cause why service of process has not been effected upon the defendants, MARSH USE INSURANCE AGENCY, INC., COMMERCIAL INSURANCE GROUP, INC. AND JANE RYLAND.

　　　　Accordingly,

　　　　IT IS ORDERED that defendants, MARSH USE INSURANCE AGENCY, INC., COMMERCIAL INSURANCE GROUP, INC. AND JANE RYLAND., is dismissed without prejudice in accordance with Rule 4(m) of the Federal Rules of Civil Procedure. See Redding v. Essex Crane Rental Corp. of Alabama, 752 F.2nd 1077 (5th. Cir. 1985).

　　　　New Orleans, Louisiana, this 3RD day of MARCH, 2008.

G. THOMAS PORTEOUS, JR.
UNITED STATES DISTRICT JUDGE