UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ABLE SECURITY AND PATROL, LLC,** | * | **CIVIL ACTION NO.** |
| **AND HENRY JOLLY** | * | **07-1931** |
| | * | |
| **VS** | * | **SECTION B (4)** |
| | * | |
| **STATE OF LOUISIANA, ET AL** | * | |
| _____ | * | |

### ORDER

Considering the foregoing motion (Rec. Doc. No. 210),

IT IS HEREBY ORDERED that Corporate Security Solutions, Inc., Christopher William Frain, Blackwater Security Consulting, LLC and Erik Dean Prince, be dismissed, with prejudice, each party to bear their own costs and attorneys' fees.

New Orleans, LA, this __12th__ day of April, 2011.

_____
United States District Judge