```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA

ABLE SECURITY AND PATROL, LLC,          CIVIL ACTION NO.
AND HENRY JOLLY                         07-1931"B"(4)

VERSUS                                  JUDGE LEMELLE

STATE OF LOUISIANA, ET AL.              MAGISTRATE JUDGE ROBY
```

**FINAL JUDGMENT**

Considering the foregoing Motion for Sanctions, Attorney's Fees and Costs, and Default by Court Order filed by Plaintiffs (Rec. Doc. No. 215), the reasons set forth therein, and the Defendant's failure to comply with this Court's Orders,

**IT IS ORDERED** that Plaintiff's Motion for Sanctions, Attorneys' Fees and Costs, and Default by Court Order is **GRANTED** for the following reasons:

1. On September 22, 2010, this Court issued an Order (Rec. Doc. No. 200) setting forth deadlines for discovery, motions, a pre-trial conference, pre-trial order date, and trial date. However, although Plaintiffs mailed to Defendant, certified mail, discovery requests and a proposed pre-trial order, the certified mail was returned "return to sender, unclaimed, unable to forward." Defendant has not responded to any contact from Plaintiffs.

2. On April 1, 2011, Defendant's attorney withdrew as counsel of record (Rec. Doc. No. 205). On April 4, 2011, this Court issued an Order allowing counsel for defendants to withdraw as counsel of record and ordered Defendant to enroll new counsel by April 22,

2011 (Rec. Doc. No. 209). To date, Defendant has not enrolled new counsel of record.

 3. On August 25, 2011, this Court held the pretrial conference as scheduled by Order (Rec. Doc. No. 205). Defendant did not show, call, or file an appearance.

 4. On December 5, 2007, Defendant El Dorado Insurance Agency was dismissed without prejudice (Rec. Doc. No. 50); on June 29, 2009, Defendant Walter D. Roberts was dismissed without prejudice (Rec. Doc. No. 179).

 Therefore**, IT IS ORDERED, ADJUDGED, AND DECREED** that, in view of the dismissals of defendants (Rec. Doc. Nos. 50 and 179), all claims against El Dorado Insurance Agency and Walter D. Roberts are dismissed.

 **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that default judgment be entered in favor of Plaintiffs Able Security and Patrol, LLC, and Henry Jolly and against the remaining corporate Defendant, Able Security & Investments of Louisiana, LLC, casting Defendant in judgment for the compensatory damages, attorney's fees, and costs.

_____
UNITED STATES DISTRICT JUDGE