UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ABLE SECURITY AND PATROL, LLC, * <br> AND HENRY JOLLY <br> * <br> VS <br> <br> ABLE SECURITY OF TEXAS, WALTER <br> ROBERTS, ET AL <br> _____* | CIVIL ACTION NO. 07-1931 <br><br> SECTION "B" <br><br> MAG: 4 |

## **DECLARATION OF HENRY JOLLY**

Pursuant to 28 U.S.C. sec. 1746, I, HENRY JOLLY, give this statement based on personal knowledge and declare under penalty of perjury and the laws of the United States that the following is true and correct:

BEFORE ME, undersigned Notary, personally came and appeared

HENRY JOLLY

who, after being duly sworn, did depose and state that the following statements are true and correct:

1. Able Security and Patrol had the following customers before Katrina.

2. Due to defendant's use of our name, use of a confusing name, and representation of themselves as Able Security and Patrol, LLC, our company lost the following revenue due to not being able to do business with the following businesses due to defendant's actions.  These figures are based on past earnings from these clients and projected earnings based on that clients expected business needs for the time period involved:

1. Gas Light Square Apartments/
   Barron Builders                    $1,8 mil. ($85,714.29 per mo X 60 mos)

| | | |
|---|---|---|
| 2. | Hilton Riverside | $600,000.00 ($10,000.00 per mo X 60mos.) |
| 3. | Dillard University | $400,000.00  ($6,666.67 per mo X 60 mos.) |
| 4. | Lowe's Home Improvement Stores | $1,000,000.00 ($15,666.67 per mo X 60 mos.) |
| 5. | Yellow Van Lines | $250,000.00 ($4,666.67 per mo X 60 mos.) |
| 6. | USF Van Lines | $400,000.00 ($6,666.67 per mo X 60 mos.) |
| 7. | BMS Catastrophic | $150,000.00   ($2,500.00 per mo X 60 mos.) |
| 8. | Pet Smart | $80,000.00   ($1,333.33 per mo X 60 mos.) |
| 9. | Aeropostale Department Stores | $60,000.00  ($1,000.00 per mo X 60 mos.) |
| 10. | Demo's Clothing Stores | $50,000.00 ($8,333.33 per mo X 60 mos.) |

Estimated Loss of Revenue since Katrina
due to the actions of defendants          $4,790,000.00

Thus sworn to and subscribed before me, Notary, this the 9th day of September, 2011.

_____
s/HENRY JOLLY

_____
s/John-Michael Lawrence, Notary