UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**ABLE SECURITY PATROL, LLC**               **CIVIL ACTION**
**AND HENRY JOLLY**

                                           **NO. 07-1931**
**VERSUS**

                                           **SECTION B(4)**
**STATE OF LOUISIANA, ET AL**


                             **ORDER**

Considering Plaintiffs' Ex Parte Motion to "Correct Names of Defendants on Judgment" (Rec. Doc. No. 223),

**IT IS ORDERED** that the Motion is **GRANTED in part.** The Judgment of the Court dated September 8, 2011 (Rec. Doc. 217) is hereby corrected to read, "Able Security and *Investigations* of Louisiana, LLC" rather than "Able Security & *Investments* of Louisiana, LLC," the former appearing to be a typographical error. Judgment is **not** amended to include any "aliases" of said entity, as movant has not shown the legitimacy of those aliases or that any were previously considered in the record of this case.

New Orleans, Louisiana, this 2nd day of July, 2014.


                                    _____
                                       UNITED STATES DISTRICT JUDGE